# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

John M. Dosdall,                                        Civil No. 09-1122 (RHK/JJG)

               Plaintiff,                                      **ORDER**

v.

Michael J. Astrue,

               Defendant.

        This matter is before the undersigned on the April 19, 2010 Report and Recommendation of the United States Magistrate Judge Jeffrey J. Keyes. Timely objections have been filed to that Report and Recommendation. Based on the undersigned's de novo review of the Report and Recommendation, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 11) is **ADOPTED**;

2. Dosdall's Motion for Summary Judgment (Doc. No. 6) is **DENIED**;

3. The Commissioner's Motion for Summary Judgment (Doc. No. 8) is **GRANTED**; and

4. This litigation is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: June 3, 2010

                                                            s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge